IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONSTRUCTION CASUALTY INSURANCE, LLC, d/b/a CCI, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL CROTEAU, an Individual, and<br>CRYSTAL CLEAR INSURANCE LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 8:23-cv-00241-TPB-UAM |

**FINAL CONSENT JUDGMENT AND INJUNCTION**

Pursuant to a joint motion from Plaintiff Construction Casualty Insurance, LLC ("CCI") and Defendants Crystal Croteau and Crystal Clear Insurance, LLC, the Court enters this Final Judgment in favor of Plaintiff as follows:

1. Defendants, jointly and severally, shall pay Plaintiff the amount of $95,996;

   **FOR WHICH SUMS LET EXECUTION ISSUE.**

2. Defendants Crystal Croteau and Crystal Clear Insurance, LLC shall park the domain name <ccinsurancellc.com>, shall not forward website traffic elsewhere, and shall not renew the registration;

3. Defendants Crystal Croteau and Crystal Clear Insurance, LLC shall remove any reference to CCI in any social media they own and/or control;

4. Defendants Crystal Croteau and Crystal Clear Insurance, LLC, their agents and employees, and all persons in act of concert or participation with them are **PERMANENTLY ENJOINED** from:

   a. using any trademark, service mark, name, logo, domain name, social media name, design and/or source designation of any kind in connection with Defendants' goods or services that is a copy, reproduction, colorable imitation, or simulation of, or is confusingly similar in any way to, Plaintiff's marks CCI and CONSTRUCTION CASUALTY INSURANCE Marks;

   b. using any trademark, service mark, name, logo, domain name, social media name, design and/or source designation of any kind in connection with Defendants' goods or services that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are sponsored or authorized by Plaintiff;

   c. passing off, palming off, or assisting in the passing off or palming off of Defendants' goods or services as those of Plaintiff;

   d. using or disclosing any confidential, proprietary or trade secret

      information of CCI; and

    e. tortiously interfering with any existing contract or business relationship of CCI.

5. For the 24 months following the date of this Order, Defendants Crystal Croteau and Crystal Clear Insurance, LLC, their agents and employees, and all persons in act of concert or participation with them are **ENJOINED** from:

    a. Soliciting any known client of Plaintiff;

    b. Soliciting or hiring any employee of Plaintiff;

    c. Binding any policy of a known current CCI client; and

    d. Knowingly providing any competing services to any client of Plaintiff.[1]  Defendants are Ordered to both request and receive a current Certificate of Insurance reflecting current policies in force for any potential client before providing any services to confirm the potential client is not a client of CCI.

6. The parties shall bear their own fees and costs herein except in any motion alleging a violation of any term of the final consent judgment the prevailing party shall be entitled to recover from the non-

---

[1] Sections 5(c) and 5(d) do not apply to actual policies already written by Defendants prior to September 13, 2023, to RD Grigsby d/b/a Pelican Roofing and Renew Construction Services LLC, but Defendants are precluded under the terms of this Order from soliciting or providing any additional competing services or any other type of policy not already in place prior to September 13, 2023, as to these entities.

prevailing party attorney's fees and costs incurred, including any attorney's fees incurred on appeal.

7. No bond shall be required as a condition of entry of this final consent judgment with injunction.

8. The injunction shall be extended by the same amount of time as any violation(s) of the injunction.

9. Defendants have entered into this judgment freely, without coercion, and without admitting any fault or liability.

10. The terms and limitations of this judgment shall modify and supersede the post-employment restrictions attached to the Amended Complaint as Exhibit A.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23d day of October, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**